IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| KATRINA JOINER,<br><br>    **Plaintiff**<br><br>v<br><br>CHOICEPOINT SERVICES, INC. and<br>REVCO DISCOUNT DRUG<br>CENTERS, INC., d/b/a CVS,<br><br>    **Defendants.** | CIVIL NO. 1:05cv321 |

## ORDER

**THIS MATTER** is before the court upon the defendant, ChoicePoint Services, Inc.'s motion for admission *pro hac vice* of Gregory M. Davis and Pamela Q. Devata of the law firm of Seyfarth Shaw LLP to appear as additional counsel for the defendant ChoicePoint Services, Inc. in this matter filed on February 13, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant, ChoicePoint Services, Inc.'s motion is **ALLOWED**, and that Gregory M. Davis and Pamela Q. Devata are hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

Signed: February 15, 2006

_____
Dennis L. Howell
United States Magistrate Judge