IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| KATRINA JOINER, )<br>)<br>Plaintiff )<br>)<br>v )<br>)<br>CHOICEPOINT SERVICES, INC. and )<br>REVCO DISCOUNT DRUG )<br>CENTERS, INC., d/b/a CVS, )<br>)<br>Defendants. ) | CIVIL NO. 1:05cv321 |

## ORDER

**THIS MATTER** is before the court upon the defendant, Revco Discount Drug Centers, Inc., d/b/a CVS's motion for admission *pro hac vice* of Fred W. Suggs, Jr. of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. to appear as additional counsel for the defendant, Revco Discount Drug Centers, Inc., d/b/a CVS in this matter filed on February 28, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant, Revco Discount Drug Centers, Inc., d/b/a CVS's motion is **ALLOWED**, and that Fred W. Suggs, Jr. hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

Signed: March 1, 2006

_____
Dennis L. Howell
United States Magistrate Judge