# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:05cv321

| | | |
|---|---|---|
| **KATRINA JOINER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER OF** |
| | ) | **RECUSAL** |
| **CHOICEPOINT SERVICES, INC.; and** | ) | |
| **REVCO DISCOUNT DRUG CENTERS, INC.,** | ) | |
| **d/b/a/ CVS,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the court's own motion to recuse. In reviewing the Complaint in preparation for entering a Pretrial Order, the undersigned has discovered a conflict requiring recusal.


## ORDER

**IT IS, THEREFORE, ORDERED** that the undersigned recuses himself from further consideration of this action.


Signed: March 23, 2006


Dennis L. Howell
United States Magistrate Judge