# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:05CV321

| | |
|---|---|
| KATRINA JOINER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHOICEPOINT SERVICES, INC., ) <br> and REVCO DISCOUNT DRUG ) <br> CENTERS, INC., d/b/a CVS, ) <br> ) <br> Defendants. ) <br> ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' motion for admission *pro hac vice* of Peter B. Murphy to appear as counsel in this matter, filed August 21, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendants' motion is **ALLOWED**, and Peter B. Murphy is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

2

Signed: August 23, 2006

Lacy H. Thornburg
United States District Judge