IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05CV321

| | |
|---|---|
| KATRINA JOINER, )<br>)<br>        Plaintiff, )<br>)<br>  vs. )<br>)<br>REVCO DISCOUNT DRUG )<br>CENTERS, INC., d/b/a CVS, )<br>)<br>        Defendant. )<br>_____) | <u>O R D E R</u> |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the January 2007 term in the Asheville Division.

The Court has under advisement the Defendant's motion for summary judgment; the Court will not complete its review of this motion in time for the parties to adequately prepare for trial for the January 2007 term.

**IT IS, THEREFORE, ORDERED** that the Clerk calendar this case for trial during the Court's March 2007 term in the Asheville Division.

2

Signed: December 2, 2006

*[signature]*

Lacy H. Thornburg
United States District Judge