IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05CV321

| | |
|---|---|
| KATRINA JOINER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **J U D G M E N T** |
| ) | |
| REVCO DISCOUNT DRUG ) | |
| CENTERS, INC., d/b/a CVS, ) | |
| ) | |
| Defendant. ) | |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant's motion for summary judgment is **ALLOWED**, and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Signed: December 12, 2006

Lacy H. Thornburg
United States District Judge