# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:05CV321

| | |
|---|---|
| KATRINA JOINER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| REVCO DISCOUNT DRUG ) | |
| CENTERS, INC., d/b/a CVS, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Plaintiff's motion to seal documents identified as Plaintiff's Exhibits A-E to Affidavit of Glen C. Shults in Support of Reply to Defendant's Opposition to Plaintiff's Motion to Quash (Document Nos. 65-2 and 65-3), Exhibits A and B to Affidavit of Glen C. Shults in Opposition to Motion for Summary Judgment (Document Nos. 88 and 97), and Affidavit of Daniel Wagner with supporting exhibits (Document No. 98). The Defendant does not oppose the Plaintiff's motion.

For the reasons stated in the Plaintiff's motion,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion to seal is **ALLOWED**, and the documents enumerated above are hereby **SEALED** until further order of this Court.

Signed: February 12, 2007

Lacy H. Thornburg
United States District Judge